United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| VICTOR ACOSTA GALLARDO, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO.  4:26-CV-03240 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court grants the Federal Respondents' opposed motion for extension of time to file an answer or other responsive pleading. Federal Respondents have until <u>April 30, 2026, at 4:00 p.m.</u> to file an answer or other responsive pleading.

It is so ORDERED.

Signed on <u>April 29</u>, 2026 at Houston, Texas.

Hon. Keith P. Ellison
United States District Judge